**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

    **vs.**                                                       **COURT NO. 1:02cr98DCB**

**SHERRY ANN CORD**                                              **DEFENDANT**

    **and**

**IMPERIAL PALACE OF MISSISSIPPI**                              **GARNISHEE**

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (#62) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on October 11, 2012, (#60) in this action on the grounds that the defendant is no longer employed by the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action, be and it is hereby quashed, and the garnishee, Imperial Palace, is hereby dismissed.

ORDERED AND ADJUDGED this <u> 24th </u> day of <u> October </u>, 2012.

                                                    <u>s/David Bramlette</u>
                                                    HONORABLE DAVID C. BRAMLETTE, III
                                                    UNITED STATES DISTRICT JUDGE